Samuel R. Randall (No. 024517)
ROBAINA & KRESIN PLLC
5343 N 16th Street, Suite 200
Phoenix, Arizona 85016
Telephone: (602) 682-6450
Facsimile: (602) 682-6455
srr@robainalaw.com

Attorneys for Plaintiff Elizabeth Castro Ayala

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Elizabeth Castro Ayala,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Express Urgent Care, P.C.; Express Urgent Care Central, LLC; Express Urgent Care Central, LLC; Express Urgent Care North Mountain, LLC; Express Urgent Care Prasada, LLC; Express Urgent Care Surprise, LLC; Express Urgent Care Thunderbird, LLC; and Duke Nguyen,<br><br>　　　　Defendants. | No. 2:18-cv-03040 BSB<br><br>**NOTICE OF SETTLEMENT** |

　　　Plaintiff Elizabeth Castro Ayala provides notice to the Court that the parties have settled the above-captioned case. The parties anticipate filing a stipulation for dismissal within thirty days.

　　　RESPECTFULLY SUBMITTED this 18th day of January 2019.

　　　　　　　　　　　　　　　　　ROBAINA & KRESIN PLLC


　　　　　　　　　　　　　　　　　By /s/ Samuel R. Randall
　　　　　　　　　　　　　　　　　　　Samuel R. Randall
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of January 2019, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing.


 /s/ Gaynell Carpenter