Samuel R. Randall (No. 024517)
ROBAINA & KRESIN PLLC
5343 North 16th Street, Suite 200
Phoenix, Arizona 85016
Telephone: (602) 682-6450
Facsimile: (602) 682-6455
srr@robainalaw.com

Attorneys for Plaintiff Elizabeth Castro Ayala

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Elizabeth Castro Ayala,<br><br>            Plaintiff,<br><br>vs.<br><br>Express Urgent Care, P.C.; Express Urgent Care Central, LLC; Express Urgent Care Central, LLC; Express Urgent Care North Mountain, LLC; Express Urgent Care Prasada, LLC; Express Urgent Care Surprise, LLC; Express Urgent Care Thunderbird, LLC; and Duke Nguyen,<br><br>            Defendants. | No. 2:18-cv-03040 BSB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Elizabeth Castro Ayala hereby voluntarily dismisses the above-captioned action with prejudice.

RESPECTFULLY SUBMITTED this 7th day of February 2019.

ROBAINA & KRESIN PLLC


By */s/* Samuel R. Randall
    Samuel R. Randall
    Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of February 2019, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing.

/s/ Gaynell Carpenter